■ CATHLEEN M. WILSON, Individually and as Executrix of WILLIAM C. WILSON, Deceased, Appellant, v TOWN OF WEBB, et al., Respondents. [852 NYS2d 906]—

Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.